UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HICHAM AZKOUR,                                  :    6203
                                                :    08 CIV ~~6803~~ (DC)
                          Plaintiff,            :
                                                :    STIPULATION AND ORDER
         - against -                            :    OF DISMISSAL
                                                :    <u>WITH PREJUDICE</u>
STARWOOD HOTELS & RESORTS                       :
WORLDWIDE, INC., MANHATTAN                      :
SHERATON CORPORATION, ALAIN                     :
DUCASSE GROUP,                                  :
                          Defendants.           :
------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the captioned action be and hereby is dismissed with prejudice and without costs to any party and with no party as a prevailing party. This stipulation may be field without further notice.

Dated: New York, New York
       August 19, 2008

_____
HICHAM AZKOUR
2916 Grand Concourse, Apt. 211
Bronx, NY 10458
*Pro Se Plaintiff*

BRYAN CAVE LLP

By:_____
Steven M. Stimell (SS 3467)
1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000

*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.